B3B (Official Form 3B) (12/07) – Cont.
11-18960 3.0:Application to Proceed In Forma Pauperis:Main Document Entered: 5/3/2011 1:24:14 PM by:Charles McMullen Page 4 of 4

# United States Bankruptcy Court

### __Northern__ District of ____Illinois____

In re: __MILNER TONYA P.__                    Case No. _11 – 18960_
_____
Debtor(s)

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[  ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[ ✓ ] DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ _75_ on or before _5-18-11_

$ _75_ on or before _5-31-11_

$ _75_ on or before _6-14-11_

$ _74_ on or before _6-28-11_

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[  ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ : AM/PM at _____.
(address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: _5/5/11_

BY THE COURT _Jacqueline P. Cox_

_J. Cox_
United States Bankruptcy Judge